IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| QUINN AARON KLEIN, | ) |
| | ) |
|     Petitioner/Plaintiff, | ) |
| | ) |
| v. | )    Case No. CIV-11-1209-R |
| | ) |
| OKLAHOMA DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
|     Respondent/Defendants. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered November 16, 2011. Doc. No. 9. No objection to the Report and Recommendation has been filed, after Petitioner/Plaintiff was granted an extension of time until February 4, 2012 to file his objection. No further extension of time in which to object has been sought or granted. Therefore the Report and Recommendation of the Magistrate Judge [Doc. No. 9] is ADOPTED, the petition/complaint herein is DISMISSED WITH PREJUDICE for lack of jurisdiction and Petitioner/Plaintiff's motion to consolidate [Doc. No. 8] is DENIED.

IT IS SO ORDERED this 7th day of February, 2012.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE